Frank Gollonio
vs.
Builders Iron Foundry }W. C. Pet. No. 799.

June 13, 1929.

BLODGETT, P. J. Heard upon motion to dismiss petition for compensa-

tion under the Workmen's Compensation Act.

Petitioner was injured October 10, 1925, in the yard of respondent. From October 12, 1925, to December 8, 1925, he was incapacitated, during which time he received compensation totaling $128. December 9, 1925, petitioner returned to work and has since continued in the employ of respondent, and on the same date signed a release in full of all claims.

December 9, 1927, petitioner filed this petition, claiming additional compensation for the entire loss of vision in right eye, the same having reduced to 1-10 or less of normal vision with glasses for a period of 75 weeks.

In *Keyworth* vs. *Atlantic Mills*, 108 Atl. 81, this provision has been construed and indemnity refused.

The action for relief is a statutory action and as such strictly construed. Petition must be brought within two years after accident.

*Menna* vs. *Mathewson*, 48 R. I. 310.

Petition dismissed.

For petitioner: Pettine, Godfrey & Cambio.

For respondent: Gardner, Moss & Haslam.